United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDGAR SADRAT GOMEZ PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-5407 |
| | § | |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Petitioner Edgar Sadrat Gomez Perez filed this petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On August 13, 2026, the court ordered the respondents to answer (Dkt. 4).

On August 24, 2026, the respondents filed a motion to dismiss as moot and state that the petitioner was removed from the United States on July 15, 2026 (Dkt. 5; Dkt. 5-1), before this Court entered an order to answer or issued its 5-day instruction. The petitioner responded (Dkt. 6) and asks the Court to redress the removal. However, because the petitioner is no longer in the respondents' custody, the habeas relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990).

The Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on September 30, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE